IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| H.S. SADOW, JR.<br><br>VS.<br><br>McNEIL-PPC, INC. | CIVIL ACTION<br><br>NO.  02-4476 |
| MARNA BERKMAN<br><br>VS.<br><br>McNEIL-PPC, INC. | NO. 02-4362 |
| RICHARD KIRSCH, ET AL<br><br>VS.<br><br>McNEIL-PPC, INC. | NO.  02-4387 |
| ANDREW SPARK<br><br>VS.<br><br>McNEIL-PPC, INC. | NO.  02-4386 |

## ORDER

AND NOW, this 12th of JULY, 2002, it is hereby,

**ORDERED** that the above captioned cases are reassigned from the calendar of the Honorable Berle M. Schiller to the Honorable Marvin Katz, as related to Civil Action Nos. 02-4093, 02-4149, 02-4105, 02-4180 and 02-4197.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court