IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MIRIAN SCHVOM, et al.,**<br>     Plaintiffs,<br>          v.<br>**MCNEIL-PPC, INC.**<br>     Defendant. | **CIVIL ACTION NO. 02-4093** |
| **INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL NO. 2270,**<br>     Plaintiff,<br>          v.<br>**MCNEIL-PPC, INC.**<br>     Defendant. | **CIVIL ACTION NO. 02-4105** |
| **ANDREW BEHREND,**<br>     Plainitff,<br>          v.<br>**MCNEIL-PPC, INC.**<br>     Defendant. | **CIVIL ACTION NO. 02-4149** |
| **ROBERT K. ALDERMAN,**<br>     Plainitff,<br>          v.<br>**MCNEIL-PPC, INC.**<br>     Defendant. | **CIVIL ACTION NO. 02-4180** |
| **CYNTHIA B. GOEPEL,**<br>     Plaintiff,<br>          v.<br>**MCNEIL-PPC, INC.**<br>     Defendant. | **CIVIL ACTION NO. 02-4197** |
| **MARNA BERKMAN,**<br>     Plantiff,<br>          v.<br>**MCNEIL-PPC, INC.**<br>     Defendant. | **CIVIL ACTION NO.  02-4362** |

| | |
|---|---|
| ANDREW SPARK,<br>    Plaintiff,<br>        v.<br>MCNEIL-PPC, INC.<br>    Defendant. | CIVIL ACTION NO. 02-4386 |
| RICHARD KIRSCH, et al.,<br>    Plaintiffs,<br>        v.<br>MCNEIL-PPC, INC.<br>    Defendant. | CIVIL ACTION NO. 02-4387 |
| H.S. SADOW, JR.,<br>    Plaintiff,<br>        v.<br>MCNEIL-PPC, INC.<br>    Defendant. | CIVIL ACTION NO. 02-4476 |
| ERIN FEGAN,<br>    Plainitffs,<br>        v.<br>MCNEIL-PPC, INC.<br>    Defendant. | CIVIL ACTION NO. 02-4530 |
| SCOTT JACOBS,<br>    Plaintff,<br>        v.<br>MCNEIL-PPC, INC.<br>    Defendant. | CIVIL ACTION NO. 02-6797 |
| SAJ DISTRIBUTORS, INC.,<br>    Plaintiff,<br>        v.<br>MCNEIL-PPC, INC.<br>    Defendant. | CIVIL ACTION NO. 02-6993 |

**O R D E R**

**AND NOW,** this 5th day of September, 2002, upon consideration of Plaintiffs' Unopposed Motion for Entry of Proposed Case Management Order No. 1 Regarding Consolidation,

Initial Discovery and Stay Pending Appeal, it is hereby **ORDERED** that said Motion is **GRANTED**. and Case Management Order No. 1 (Regarding Consolidation, Initial Discovery and Stay Pending Appeal) is **APPROVED**.

        **BY THE COURT:**

        _____
        **MARVIN KATZ, S.J.**