# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARNA BERKMAN,**<br>    Plaintiff,<br>        v.<br>**MCNEIL-PPC, INC.**<br>        Defendant. | **CIVIL ACTION NO. 02-4362** |
| **ANDREW SPARK,**<br>    Plaintiff,<br>        v.<br>**MCNEIL-PPC, INC.**<br>        Defendant. | **CIVIL ACTION NO. 02-4386** |
| **RICHARD KIRSCH, et al.,**<br>    Plainitffs,<br>        v.<br>**MCNEIL-PPC, INC.**<br>        Defendant. | **CIVIL ACTION NO. 02-4387** |
| **H.S. SADOW, JR.,**<br>    Plaintiff,<br>        v.<br>**MCNEIL-PPC, INC.**<br>        Defendant. | **CIVIL ACTION NO. 02-4476** |
| **ERIN FEGAN,**<br>    Plaintiff<br>        v.<br>**MCNEIL-PPC, INC.**<br>        Defendant | **CIVIL ACTION NO. 02-4503** |
| **SCOTT JACOBS,**<br>    Plaintiff,<br>        v.<br>**MCNEIL-PPC, INC.**<br>        Defendant. | **CIVIL ACTION NO. 02-6797** |
| **SAJ DISTRIBUTORS, INC.,**<br>    Plaintiff,<br>        v.<br>**MCNEIL, PPC, INC.,**<br>        Defendant. | **CIVIL ACTION NO. 02-6993** |

**O R D E R**

**AND NOW**, this 31st day of March, it is hereby **ORDERED** that counsel shall report to the court by a single jointly signed submission stating their respective positions regarding the status of the above captioned matter by **April 30, 2003**.  Counsel are requested to discuss settlement with each other and their respective clients before reporting to the court.

**BY THE COURT:**

_____
**MARVIN KATZ, S.J.**